UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW WALTERS, | No. 2:15-cv-0824 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| DAVID A. MASON, et al., | |
| Defendants. | |

On November 23, 2016, plaintiff filed a document styled, "Application for Setting." (ECF No. 14.) This civil rights action was closed on June 2, 2015. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: January 5, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/walt0824.58